# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CANDI LYNN MINTERT,<br><br>            Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>            Defendant. | Civil No. 17-cv-525-JGP-CJP |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Candi Lynn Mintert and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

DATED: March 2, 2018

                                           **JUSTINE FLANAGAN,**
                                           **Acting Clerk of Court**

                                           **BY: s/Tina Gray**
                                                  **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. PHIL GILBERT**
**U.S. District Judge**